UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
PHILADELPHIA INDEMNITY                              )
INSURANCE COMPANY,                                  )
                                                    )
        Plaintiff,                                  )
                                                    )
v.                                                  )        C.A. No. 1:10-cv-12054-JLT
                                                    )
LEVINE, KATZ, NANNIS & SOLOMON                      )
P.C., BRUCE LEVINE, LINDA J.                        )
SALLOP, MICHAEL FENLON,                             )
ANDREW FENLON, LINDA J. SALLOP,                     )
as Administratrix of the ESTATE OF                  )
AMANDA FENLON, NATHAN SALLOP                        )
INSURANCE AGENCY, and                              )
McDERMOTT WILL & EMERY, LLP,                        )
                                                    )
        Defendants.                                 )
_____)

## ANSWER OF McDERMOTT WILL & EMERY, LLP

Now comes defendant McDermott Will & Emery, LLP ("McDermott") and for its answer to the Complaint, states a follows:

McDermott admits that it is an interested third-party to this action.  However, the allegations in the Complaint concern persons other than McDermott and no claim is asserted against McDermott.  As a result, McDermott is not required to respond to the specific the allegations in the Complaint.

Respectfully submitted,

McDERMOTT WILL & EMERY, LLP,

By its attorneys,


s/Anthony B. Fioravanti _____
Steven W. Kasten (BBO#559576)
        skasten@bizlit.com
Anthony B. Fioravanti (BBO#664823)
        afioravanti@bizlit.com
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900


Dated: March 14, 2011




**CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 14, 2011.


/s/Anthony B. Fioravanti


2