UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
PHILADELPHIA INDEMNITY INSURANCE   )
COMPANY,                                    )
                                       )
        Plaintiff,                       )
                                       )
v.                                       )   C.A. No 1:10-CV-12054-RWZ
                                       )
BRUCE LEVINE, KATZ, NANNIS &             )
SOLOMON, P.C., ALLEN G. KATZ,        )
LAWRENCE NANNIS, and JEFFERY D.  )
SOLOMON,                                  )
                                       )
        Defendants.                   )
_____)

**DEFENDANT AND COUNTERCLAIMANT BRUCE C. LEVINE'S**
**RESPONSE TO THIS COURT'S ORDER OF AUGUST 23, 2017**

      Pursuant to this Court's Order of August 23, 2017, Defendant Bruce C. Levine, by and through his undersigned counsel, hereby submits the following summary of costs and expenses he has incurred in connection with the Sallop litigation, along with a summary of the costs and expenses he has incurred in this litigation against Philadelphia Indemnity Insurance Company ("PIIC"). This submission is made subject to and without waiving the various arguments advanced by Mr. Levine in connection with his previously-submitted Motion for Reconsideration and Clarification of the Court's Order of August 23, 2017.

### Amounts Incurred in Connection with *Sallop* Litigation

| Item | Amount |
| --- | --- |
| Sallop Settlement | $1,000,000.00 |
| Castleman Law LLC | $58,737.11 |
| **TOTAL:** | **$1,058,737.11** |

### Amounts Incurred in Connection with the *PIIC* Litigation

| Item | Amount |
| --- | --- |
| Murtha Cullina LLP | $565,000.00 |
| Paul Amoruso | $14,221.98 |
| FTI Consulting | $97,470.00 |
| McMahon Associates | $2,700.00 |
| Castleman Law, LLC | $12,667.00 |
| Collora LLP | $31,100.12 |
| **TOTAL:** | **$723,159.10** |

Respectfully submitted,

BRUCE C. LEVINE,
By his counsel,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO# 565772)
Hogan Lovells LLC
100 High Street
Boston, MA  02110
617-371-1003
daniel.cloherty@hoganlovells.com

Dated:  September 6, 2017

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2017.

*/s/ Daniel J. Cloherty*