UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>   Plaintiff,<br>v.<br><br>BRUCE C. LEVINE, KATZ, NANNIS & SOLOMON, P.C., ALLEN G. KATZ, LAWRENCE NANNIS, and JEFFERY D. SOLOMON,<br><br>   Defendants. | Civ. A. No. 1:10-CV-12054-RWZ |

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE DISTRIBUTION OF SETTLEMENT PROCEEDS

Interpleader Defendants Katz, Nannis & Solomon, P.C., Allen G. Katz, Lawrence Nannis, and Jeffery D. Solomon ("KNS Parties") and Bruce C. Levine ("Levine") hereby stipulate and agree as follows:

1. Pursuant to the Court's Order of October 3, 2017, the principal amount ($1,200,000.00) of the Settlement Proceeds (Docket #162) shall be distributed to Levine in the amount of $813,612.00 and to the KNS Parties in the amount of $386,388.00.

1

2. Any interest that has accrued on the principal amount of the Settlement Proceeds (Docket #162) shall be distributed to Levine and the KNS Parties in accordance with the percentages established by the Court's Order of October 3, 2017 (<u>67.801%</u> to Levine and <u>32.199%</u> to the KNS Parties).

So Agreed by the undersigned parties on this 9th day of November, 2017.

| BRUCE C. LEVINE, | KATZ, NANNIS & SOLOMON P.C., |
|---|---|
| By his counsel, | By their Attorneys, |
| */s/ Daniel J. Cloherty* | */s/ Warren D. Hutchison* |
| Daniel J. Cloherty (BBO# 565772) | Warren D. Hutchison #246150 |
| HOGAN LOVELLS US LLC | Nancy M. Reimer, BBO #555373 |
| 100 High Street, 20th Floor | LECLAIRRYAN, *A Professional Corporation* |
| Boston, MA 02110 | One International Place, 11th Floor |
| (617) 371-1003 | Boston, MA 02110 |
| (617) 371-1037 facsimile | (617) 502-8200 |
| *Daniel.Cloherty@HoganLovells.com* | (617) 502-8201 facsimile |
| | *Warren.Hutchison@LeClairRyan.com* |
| | *Nancy.Reimer@LeClairRyan.com* |

SO ORDERED.

_____          November 9, 2017.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Daniel J. Cloherty, Esq., hereby certify that on this 9th day of November, 2017, I served a copy of the foregoing electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty